# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yadel Marti, et al., ) | Case No. 3:14-cv-03289 |
| Plaintiffs, ) | |
| v. ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Office of the Commissioner of Baseball, et al., ) | (CIVIL LOCAL RULE 11-3) |
| Defendants. ) | |

I, <u>Brian A. David</u>, an active member in good standing of the bar of <u>the state of Illinois</u>, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: <u>Plaintiffs</u> in the above-entitled action. My local co-counsel in this case is <u>Samuel Kornhauser</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 33 North LaSalle Street, Suite 3200<br>Chicago, Illinois 60610 | 155 Jackson Street, Suite 1807<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (847) 778-7528 | (415) 981-6281 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bdbriandavid@gmail.com | skornhauser@earthlink.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>Illinois ARDC No. 0582468</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 4, 2014                                    Brian A. David
                                                                         APPLICANT

---

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Brian A. David</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/6/14



UNITED STATES MAGISTRATE JUDGE