IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARTI ET AL,

    Plaintiff,

v.

OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION DOING BUSINESS AS MAJOR LEAGUE BASEBALL ET AL,

    Defendant.

_____/

No. C 14-03289 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held on **December 11, 2014 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, the Case Management Conference shall be moved to **11:00 a.m.**  All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 8/13/14

For the Court,
RICHARD W. WIEKING, Clerk

*Corinne Lew*
Courtroom Deputy Clerk