| | |
|---|---|
| 1 | PROSKAUER ROSE LLP |
| 2 | Laura Reathaford (SBN 254751) |
|   | lreathaford@proskauer.com |
| 3 | 2049 Century Park East, 32nd Floor |
|   | Los Angeles, CA  90067-3206 |
| 4 | Telephone:  (310) 557-2900 |
|   | Facsimile:   (310) 557-2193 |
| 5 | |
|   | Attorney For Defendants |
| 6 | (except for Baltimore Orioles, Inc. & |
|   | Baltimore Orioles, L.P.) |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YADEL MARTI, EDGARDO BAEZ, HELDER VELAZQUEZ, JORGE JIMENEZ, JORGE MINYETY, EDWIN MAYSONET and JOSE DIAZ, Individually and on Behalf of All Those Similarly Situated, <br><br>                                  Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ALLAN HUBER "BUD" SELIG; KANSAS CITY ROYALS BASEBALL CORP.; MIAMI MARLINS, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; BOSTON RED SOX BASEBALL CLUB L.P.; ANGELS BASEBALL LP; CHICAGO WHITE SOX LTD.; ST. LOUIS CARDINALS, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD.; BASEBALL CLUB OF SEATTLE, LLP; THE CINCINNATI REDS, LLC; HOUSTON BASEBALL PARTNERS LLC; ATHLETICS INVESTMENT GROUP, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; CLEVELAND INDIANS BASEBALL CO., L.P.; CLEVELAND INDIANS BASEBALL CO., INC.; PADRES L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; WASHINGTON NATIONALS BASEBALL CLUB, LLC DETROIT TIGERS, INC.; LOS ANGELES DODGERS, LLC; LOS ANGELES DODGERS HOLDING CO.; STERLING METS L.P.; ATLANTA NATIONAL LEAGUE | Case No. CV 14-03289-RS <br><br> Hon. Richard Seeborg <br><br> **CLASS ACTION** <br><br> **NOTICE OF APPEARANCE OF LAURA REATHAFORD ON BEHALF OF DEFENDANTS** <br><br> Complaint filed: July 21, 2014 |

NOTICE OF APPEARANCE OF LAURA REATHAFORD, Case No. 14-cv-03289-RS

| | |
|---|---|
| 1 | BASEBALL CLUB, INC.; AZPB L.P., BALTIMORE ORIOLES, INC.; BALTIMORE ORIOLES, L.P.; THE PHILLIES L.P.; PITTSBURGH BASEBALL, INC., PITTSBURGH BASEBALL P'SHIP; NEW YORK YANKEES P'SHIP; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL EXPRESS, LLC; RANGERS BASEBALL, LLC; CHICAGO BASEBALL HOLDINGS, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC.; and MILWAUKEE BREWERS BASEBALL CLUB, L.P.

Defendants. |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT, pursuant to Local Rule 5-1 (c )(2), Laura Reathaford |
| 3 | of Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Los Angeles, CA 90067 hereby |
| 4 | appears on behalf of defendants  Office of The Commissioner of Baseball, an unincorporated |
| 5 | association doing business as Major League Baseball; Allan Huber "Bud" Selig; Kansas City |
| 6 | Royals Baseball Corp.; Miami Marlins, L.P.; San Francisco Baseball Associates, LLC. ; Boston |
| 7 | Red Sox Baseball Club L.P.; Angels Baseball LP; Chicago White Sox Ltd.; St. Louis Cardinals, |
| 8 | LLC; Colorado Rockies Baseball Club, Ltd.; Baseball Club of Seattle, LLP; The Cincinnati |
| 9 | Reds, LLC; Houston Baseball Partners LLC; Athletics Investment Group, LLC; Rogers Blue |
| 10 | Jays Baseball Partnership; Cleveland Indians Baseball Co., L.P.; Cleveland Indians Baseball Co., |
| 11 | Inc.; Padres L.P.; San Diego Padres Baseball Club, L.P.; Minnesota Twins, LLC; Washington |
| 12 | Nationals Baseball Club, LLC; Detroit Tigers, Inc.; Los Angeles Dodgers, LLC; Los Angeles |
| 13 | Dodgers Holding Co.; Sterling Mets L.P.; Atlanta National League Baseball Club, Inc.; AZPB |
| 14 | L.P.; The Phillies L.P.; Pittsburgh Baseball, Inc.; Pittsburgh Baseball P'ship; New York Yankees |
| 15 | P'ship; Tampa Bay Rays Baseball Ltd; Rangers Baseball Express, LLC; Rangers Baseball, LLC; |
| 16 | Chicago Baseball Holdings, LLC; Milwaukee Brewers Baseball Club, Inc.; and Milwaukee |
| 17 | Brewers Baseball Club, L.P. in the above-entitled action. [1] |
| 18 | Ms. Reathaford is an active member in good standing admitted to the State Bar of |
| 19 | California, is a member of the bar of this Court and is permitted to practice in the Northern |
| 20 | District of California. |

---

[1] Plaintiffs have incorrectly named as Defendants the following entities that are not proper parties to this litigation:  Chicago Baseball Holdings, LLC, Pittsburgh Baseball, Inc., Pittsburgh Baseball Partnership, Baseball Club of Seattle, LLP, The Phillies, L.P., Los Angeles Dodgers, LLC, and Los Angeles Dodgers Holding Co.  Defendants will seek Plaintiffs' consent by stipulation and Proposed Court Order to remove these improperly named entities, and substitute as Defendants in this action the following entities:  Chicago Cubs Baseball Club, LLC, Pittsburgh Associates, LP, The Baseball Club of Seattle, LLLP, The Phillies, Los Angeles Dodgers LLC, and Los Angeles Dodgers Holding Company LLC.  The parties in the related *Senne* matter (3:14-CV-00608-RS), have agreed to such a stipulation. (Dkt. No. 145).  Counsel's appearance on behalf of the incorrectly named Defendants is without waiver of or prejudice to its position that they have been improperly named in this action.

Dated:  August 20, 2014

PROSKAUER ROSE LLP
LAURA REATHAFORD

By  /s/ Laura Reathaford
       Laura Reathaford

**Attorney for Defendants**

OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ALLAN HUBER "BUD" SELIG; KANSAS CITY ROYALS BASEBALL CORP.; MIAMI MARLINS, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; BOSTON RED SOX BASEBALL CLUB L.P.; ANGELS BASEBALL LP; CHICAGO WHITE SOX LTD.; ST. LOUIS CARDINALS, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD.; BASEBALL CLUB OF SEATTLE, LLP; THE CINCINNATI REDS, LLC; HOUSTON BASEBALL PARTNERS LLC; ATHLETICS INVESTMENT GROUP, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; CLEVELAND INDIANS BASEBALL CO., L.P.; CLEVELAND INDIANS BASEBALL CO., INC.; PADRES L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; WASHINGTON NATIONALS BASEBALL CLUB, LLC DETROIT TIGERS, INC.; LOS ANGELES DODGERS, LLC; LOS ANGELES DODGERS HOLDING CO.; STERLING METS L.P.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC.; AZPB L.P.; THE PHILLIES L.P.; PITTSBURGH BASEBALL, INC., PITTSBURGH BASEBALL P'SHIP; NEW YORK YANKEES P'SHIP; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL EXPRESS, LLC; RANGERS BASEBALL, LLC; CHICAGO BASEBALL HOLDINGS, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC.; and MILWAUKEE BREWERS BASEBALL CLUB, L.P.