| | |
|---|---|
| 1 | SHAW VALENZA LLP |
| | D. Gregory Valenza (SBN 161250) |
| 2 | 300 Montgomery Street, Suite 788 |
| | San Francisco, CA 94104 |
| 3 | Telephone:   (415) 983-5960 |
| | Facsimile:    (415) 983-5963 |
| 4 | |
| 5 | Attorney For Defendants (except for Baltimore Orioles, Inc. & Baltimore Orioles, L.P.) |
| 6 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | YADEL MARTI, EDGARDO BAEZ, HELDER VELAZQUEZ, JORGE JIMENEZ, JORGE MINYETY, EDWIN MAYSONET and JOSE DIAZ, Individually and on Behalf of All Those Similarly Situated, | Case No. CV 14-03289-RS |
| 12 | | Hon. Richard Seeborg |
| 13 | | **CLASS ACTION** |
| 14 | Plaintiffs, | **NOTICE OF APPEARANCE OF D. GREGORY VALENZA** |
| 15 | vs. | Complaint filed: July 21, 2014 |
| 16 | OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ALLAN HUBER "BUD" SELIG; KANSAS CITY ROYALS BASEBALL CORP.; MIAMI MARLINS, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; BOSTON RED SOX BASEBALL CLUB L.P.; ANGELS BASEBALL LP; CHICAGO WHITE SOX LTD.; ST. LOUIS CARDINALS, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD.; BASEBALL CLUB OF SEATTLE, LLP; THE CINCINNATI REDS, LLC; HOUSTON BASEBALL PARTNERS LLC; ATHLETICS INVESTMENT GROUP, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; CLEVELAND INDIANS BASEBALL CO., L.P.; CLEVELAND INDIANS BASEBALL CO., INC.; PADRES L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; WASHINGTON NATIONALS BASEBALL CLUB, LLC DETROIT TIGERS, INC.; LOS ANGELES DODGERS, LLC; LOS ANGELES DODGERS HOLDING CO.; STERLING METS L.P.; ATLANTA NATIONAL LEAGUE | |

NOTICE OF APPEARANCE OF D. GREGORY VALENZA, Case No. 14-03289-RS

| | |
|---|---|
| 1 | BASEBALL CLUB, INC.; AZPB L.P., BALTIMORE ORIOLES, INC.; BALTIMORE ORIOLES, L.P.; THE PHILLIES L.P.; PITTSBURGH BASEBALL, INC., PITTSBURGH BASEBALL P'SHIP; NEW YORK YANKEES P'SHIP; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL EXPRESS, LLC; RANGERS BASEBALL, LLC; CHICAGO BASEBALL HOLDINGS, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC.; and MILWAUKEE BREWERS BASEBALL CLUB, L.P.  Defendants. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, D. GREGORY VALENZA, hereby enter my appearance in the above-captioned matter, as counsel for Defendants: Office of The Commissioner of Baseball, an unincorporated association doing business as Major League Baseball; Allan Huber "Bud" Selig; Kansas City Royals Baseball Corp.; Miami Marlins, L.P.; San Francisco Baseball Associates, LLC. ; Boston Red Sox Baseball Club L.P.; Angels Baseball LP; Chicago White Sox Ltd.; St. Louis Cardinals, LLC; Colorado Rockies Baseball Club, Ltd.; Baseball Club of Seattle, LLP; The Cincinnati Reds, LLC; Houston Baseball Partners LLC; Athletics Investment Group, LLC; Rogers Blue Jays Baseball Partnership; Cleveland Indians Baseball Co., L.P.; Cleveland Indians Baseball Co., Inc.; Padres L.P.; San Diego Padres Baseball Club, L.P.; Minnesota Twins, LLC; Washington Nationals Baseball Club, LLC; Detroit Tigers, Inc.; Los Angeles Dodgers, LLC; Los Angeles Dodgers Holding Co.; Sterling Mets L.P.; Atlanta National League Baseball Club, Inc.; AZPB L.P.; The Phillies L.P.; Pittsburgh Baseball, Inc.; Pittsburgh Baseball P'ship; New York Yankees P'ship; Tampa Bay Rays Baseball Ltd; Rangers Baseball Express, LLC; Rangers Baseball, LLC; Chicago Baseball Holdings, LLC; Milwaukee Brewers Baseball Club, Inc.; and Milwaukee Brewers Baseball Club, L.P.[1]

I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

---

[1] Plaintiffs have incorrectly named as Defendants the following entities that are not proper parties to this litigation: Chicago Baseball Holdings, LLC, Pittsburgh Baseball, Inc., Pittsburgh Baseball Partnership, Baseball Club of Seattle, LLP, The Phillies, L.P., Los Angeles Dodgers, LLC, and Los Angeles Dodgers Holding Co. Defendants will seek Plaintiffs' consent by stipulation and Proposed Court Order to remove these improperly named entities, and substitute as Defendants in this action the following entities: Chicago Cubs Baseball Club, LLC, Pittsburgh Associates, LP, The Baseball Club of Seattle, LLLP, The Phillies, Los Angeles Dodgers LLC, and Los Angeles Dodgers Holding Company LLC. The parties in the related *Senne* matter (3:14-CV-00608-RS), have agreed to such a stipulation. (Dkt. No. 145). Counsel's appearance on behalf of the incorrectly named Defendants is without waiver of or prejudice to its position that they have been improperly named in this action.

1     My address, telephone numbers and email address are as follows:

        Shaw Valenza LLP
        300 Montgomery Street, Suite 788
        San Francisco, CA 94104
        Telephone: (415) 983-5960
        Facsimile: (415) 983-5963
        gvalenza@shawvalenza.com

Dated: August 20, 2014      SHAW VALENZA LLP
                                  D. GREGORY VALENZA

                              By   */s/ D. Gregory Valenza*
                                       D. GREGORY VALENZA

**Attorney for Defendants**

OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ALLAN HUBER "BUD" SELIG; KANSAS CITY ROYALS BASEBALL CORP.; MIAMI MARLINS, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; BOSTON RED SOX BASEBALL CLUB L.P.; ANGELS BASEBALL LP; CHICAGO WHITE SOX LTD.; ST. LOUIS CARDINALS, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD.; BASEBALL CLUB OF SEATTLE, LLP; THE CINCINNATI REDS, LLC; HOUSTON BASEBALL PARTNERS LLC; ATHLETICS INVESTMENT GROUP, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; CLEVELAND INDIANS BASEBALL CO., L.P.; CLEVELAND INDIANS BASEBALL CO., INC.; PADRES L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; WASHINGTON NATIONALS BASEBALL CLUB, LLC DETROIT TIGERS, INC.; LOS ANGELES DODGERS, LLC; LOS ANGELES DODGERS HOLDING CO.; STERLING METS L.P.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC.; AZPB L.P., BALTIMORE ORIOLES, INC.; BALTIMORE ORIOLES , L.P.; THE PHILLIES L.P.; PITTSBURGH BASEBALL, INC., PITTSBURGH BASEBALL P'SHIP; NEW YORK YANKEES P'SHIP; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL EXPRESS, LLC; RANGERS BASEBALL, LLC; CHICAGO BASEBALL HOLDINGS, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC.; and MILWAUKEE BREWERS BASEBALL CLUB, L.P.

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 20, 2014, I electronically filed the foregoing: NOTICE OF APPEARANCE OF D. GREGORY VALENZA with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED: August 20, 2014        /s/Carolyn Angel
                                            Carolyn Angel

351362.1.00809.003

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE        Case No. CV 14-03289-RS