UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00608-RS<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE AND GRANTING MOTION TO APPOINT LEAD COUNSEL** |

Plaintiffs move to consolidate herein the later-filed *Marti v. Office of the Commissioner of Baseball, et al.*, No. 3:14-cv-03289-RS, which has already been related under Civil Local Rule 3-12. Although the *Marti* plaintiffs suggest consolidation should be limited to discovery and/or that their attorneys should be appointed as co-lead interim counsel, no party suggests that the overlap in questions of law and fact between the two actions is insufficient to support consolidation. Furthermore, there is no basis to conclude that consolidation would result in undue delay, prejudice, or confusion. To the contrary, allowing the two matters to proceed separately would result in unwarranted burdens to the parties and to the Court.

Accordingly, the motion to consolidate is granted. As promptly as practicable, and consistent with the timing discussed at the hearing, plaintiffs shall file a consolidated complaint, and defendants shall renew their dismissal and transfer motions.

The motion to appoint interim lead counsel is also granted. The proposed order submitted with the motion, setting out the terms of the appointment will be entered separately.

1    **IT IS SO ORDERED**.

3    Dated: October 10, 2014

_____
RICHARD SEEBORG
United States District Judge