1  PROSKAUER ROSE LLP
Laura Reathaford (SBN 254751)
2  lreathaford@proskauer.com
3  2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
4  Telephone:    310.557.2900
Facsimile:     310.557.2193
5

6  RIFKIN, WEINER, LIVINGSTON,
LEVITAN & SILVER, LLC
7  Alan M. Rifkin (admitted *pro hac vice*)          M. Celeste Bruce (admitted *pro hac vice*)
Joyce E. Smithey (admitted *pro hac vice*)        7979 Old Georgetown Road, Suite 400
8  225 Duke of Gloucester Street                     Bethesda, Maryland  20814
9  Annapolis, Maryland  21401                        Telephone:    301.951.0150
Telephone:    410.269.5066                        Facsimile:     301.951.0172
10  Facsimile:     410.269.1235

11
Attorneys for Defendants, Baltimore Orioles, Inc. and
12  Baltimore Orioles Limited Partnership

13              **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15  AARON SENNE, *et al.*                     *     Case No. 3:14-cv-00608-JCS (consolidated
*     with 3:14-cv-03289-JCS)
16      Plaintiffs,                          *
*     **CLASS ACTION**
17  vs.                                       *
*
18  OFFICE OF THE COMMISSIONER               *     **DEFENDANTS, BALTIMORE**
19  BASEBALL, *et al.*                        *     **ORIOLES LIMITED PARTNERSHIP**
*     **AND BALTIMORE ORIOLES, INC.**
20                                            *     **REQUEST TO APPEAR BY**
*     **TELEPHONE**
21      Defendants.                          *
*
22                                            *     Date:  December 5, 2014
*     Time:  2:00 pm
23                                            *     Place: Courtroom G, 15th Floor
*
24                                            *     Complaint Filed: February 7, 2014
25                                            *     First Am. Comp. Filed: March 5, 2014
*     Sec. Am. Comp. Filed: April 21, 2014
26                                            *     Cons. Am. Comp. Filed: October 24, 2014

27  DEFENDANTS', BALTIMORE ORIOLES LIMITED PARTNERSHIP AND BALTIMORE ORIOLES, INC.
REQUEST TO APPEAR BY TELEPHONE
28  CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)
1

1

2

3 On behalf of Defendants, Baltimore Orioles Limited Partnership and Baltimore Orioles,

4 Inc. (hereinafter the "Baltimore Orioles"), M. Celeste Bruce, Esq., requests permission from the

5 Court for Rifkin, Weiner, Livingston, Levitan & Silver, LLC to appear telephonically in the

6 above-referenced matter on December 5, 2014, for the Case Management Conference. The

7 undersigned counsel for the Baltimore Orioles resides in and has her place of business in

8 Maryland. Due to the time and cost for traveling to California, it would be more efficient for

9

10 counsel to appear at the December 5, 2014, Case Management Conference by telephone.  M.

11 Celeste Bruce was admitted in the *Senne v. MLB* matter *pro hac vice* on May 23 2014 (Doc. 103)

12 and in the *Marti v. MLB* matter *pro hac vice* on October 1, 2014 (Doc. 61).  Counsel for all

13 parties have consented to this request to appear telephonically.

14

15                                             Respectfully submitted,

16                                             RIFKIN, WEINER, LIVINGSTON,
                                               LEVITAN & SILVER, LLC
17                                             ALAN M. RIFKIN
                                               M. CELESTE BRUCE
18                                             JOYCE E. SMITHEY

19

20                                             _____/S/_____

21                                             M. Celeste Bruce
                                               7979 Old Georgetown Road, Suite 400
22                                             Bethesda, Maryland 20814
                                               (301) 951-0150 (phone)
23                                             (301) 951-0172 (facsimile)

24
                                               Attorneys for Defendants, Baltimore Orioles, Inc.
25                                             and Baltimore Orioles Limited Partnership

26

27 DEFENDANTS', BALTIMORE ORIOLES LIMITED PARTNERSHIP AND BALTIMORE ORIOLES, INC.
   REQUEST TO APPEAR BY TELEPHONE
28 CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)