PROSKAUER ROSE LLP
Elise M. Bloom (admitted *pro hac vice*)
Howard L. Ganz
Neil H. Abramson (admitted *pro hac vice*)
Adam M. Lupion (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone:   (212) 969-3000
Facsimile:    (212) 969-2900

PROSKAUER ROSE LLP
Laura Reathaford (SBN 254751)
lreathaford@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendants[*]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al.*, <br><br>                    Plaintiffs, <br><br>vs. <br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*, <br><br>                    Defendants. | Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS) <br><br> Hon. Joseph C. Spero <br><br> **CLASS ACTION** <br><br> **DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE** <br><br> Date:  December 5, 2014 <br> Time: 2:00 pm <br> Place: Courtroom G, 15th Floor <br><br> Complaint filed: February 7, 2014 <br><br> First Am. Complaint filed: March 5, 2014 <br><br> Second Am. Complaint filed: April 21, 2014 <br><br> Consol. Am. Complaint filed:  Oct. 24, 2014 |

---

[*] With the exception of Baltimore Orioles, Inc., and Baltimore Orioles, L.P, Proskauer Rose is counsel to all Defendants in this matter

On behalf of Defendants Office of the Commissioner of Baseball, an unincorporated association doing business as Major League Baseball ("MLB"); Allan Huber "Bud" Selig; Kansas City Royals Baseball Corp.; Miami Marlins, LP; San Francisco Baseball Associates LLC; Boston Red Sox Baseball Club LP; Angels Baseball LP; Chicago White Sox Ltd.; St. Louis Cardinals, LLC; Colorado Rockies Baseball Club, Ltd.; The Baseball Club Of Seattle, LLLP; The Cincinnati Reds LLC; Houston Baseball Partners LLC; Athletics Investment Group, LLC; Rogers Blue Jays Baseball Partnership; Cleveland Indians Baseball Co., LP; Cleveland Indians Baseball Co., Inc.; Padres LP; San Diego Padres Baseball Club, LP; Minnesota Twins, LLC; Washington Nationals Baseball Club, LLC; Detroit Tigers, Inc.; Los Angeles Dodgers LLC; Los Angeles Dodgers Holding Company LLC; Sterling Mets, L.P.; AZPB L.P.; Atlanta National Baseball Club, Inc.; The Phillies; Pittsburgh Associates LP; New York Yankees P'ship; Tampa Bay Rays Baseball Ltd.; Rangers Baseball Express, LLC; Rangers Baseball, LLC; Chicago Cubs Baseball Club, LLC; Milwaukee Brewers Baseball Club, Inc.; Milwaukee Brewers Baseball Club, L.P. (collectively, "Defendants"), Elise M. Bloom, Esquire requests permission by the Court for Proskauer Rose LLP to appear telephonically in the above- referenced matter on December 5, 2014, for the Case Management Conference.  The undersigned counsel for Defendants resides and has her place of business in New York.  Due to cost and time for traveling across the country, it would be more efficient for counsel to appear at the December 5, 2014, Case Management Conference by telephone.  Elise M. Bloom was admitted in this matter *pro hac vice* on April 3, 2014 (Doc. 28). Counsel for all parties have consented to this request.

DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE – CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)

Dated:  November 13, 2014     PROSKAUER ROSE LLP
ELISE M. BLOOM
HOWARD L. GANZ
NEIL H. ABRAMSON
ADAM M. LUPION
LAURA REATHAFORD


By:   */s/ Elise M. Bloom*
        Elise M. Bloom
        Eleven Times Square
        New York, New York 10036
        Tel.: (212) 969-3000
        Fax: (212) 969-2900
        ebloom@proskauer.com

        Attorneys for Defendants


IT IS HEREBY ORDERED THAT Ms. Bloom shall be on phone standby and await the Court's call.  The clerk will contact Ms. Bloom for a direct land line number.

Dated: 11/14/14

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero